# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WELLS FARGO BANK, NA | : No. 75 EM 2014 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOHN DOE, ROBIN NIXON AND | : |
| RAYMOND PRATT | : |
| | : |
| | : |
| PETITION OF: RAYMOND PRATT | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Petition for Review is **DENIED**.